LAW OFFICES
# Wechsler & Wechsler, P. C.
ONE BARSTOW ROAD

GREAT NECK, NEW YORK 11021

ROBERT E. WECHSLER
LAWRENCE I. WECHSLER

TELEPHONE (516) 773-3565
FACSIMILE (516) 466-3778
E-MAIL thefirm@wwpc-iplaw.com

July 29, 2014

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: New Angle Direct, LLC., *et al.* v. CWI, Inc.
         Case No. 14-CV-3803 (BMC)(WDW)

Dear Judge Cogan:

  Our firm represent the Plaintiffs in the above referred action. The Defendant has waived service of the summons, and the parties are actively pursuing settlement of the action.

  The parties respectfully request that the Court extend Defendant's time to serve an answer until September 26, 2014. Service of an answer is now due August 18, 2014.

  The parties also respectfully request that the Court's Initial Status Conference, now scheduled for August 22, 2014 at 11:30 A.M. be adjourned to any date convenient to the Court after September 26, 2014, *i.e.* the extended date Defendant has requested to serve its answer to the complaint.

  These are the parties first requests for any extension in this case, and do so on consent to permit settlement discussions to continue. The parties are hopeful that this matter can be resolved prior to the Initial Status Conference.

        Very truly yours,

        WECHSLER & WECHSLER, P.C.

        By __*Robert E. Wechsler*__
          Robert E. Wechsler

REW:mk
FILED BY ECF

cc: Lindsey J. Christen, Esq.
  Assistant General Counsel, CWI, Inc.
  250 Parkway Drive, Suite 270
  Lincolnshire, IL 60069
  e-mail: lchristen@campingworld.com