```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
NEW ANGLE DIRECT LLC and
ONE BARSTOW PROPERTIES, INC.,
                                              Case No. 14-CV-3803
                        Plaintiffs,                  (BMC)(WDW)

          v.
                                              NOTICE OF APPEARANCE
CWI, INC.,

                        Defendant.
-------------------------------------------x
```

TO: DOUGLAS C. PALMER, CLERK OF THE COURT

    Kindly enter my appearance on behalf of the Plaintiffs, New Angle Direct LLC and One Barstow Properties, Inc., in the above-captioned action.

Dated: September 9, 2014

                                        Respectfully submitted,

                                        WECHSLER & WECHSLER, P.C.

                                        By: /s/ Herbert F. Ruschmann
                                          Herbert F. Ruschmann
                                        Attorneys for Plaintiffs
                                        Office and P.O. Address
                                        One Barstow Road
                                        Great Neck, NY 11021
                                        (516) 773-3565
                                        hfr@wwpc-iplaw.com