**Gingher Salerno Kingsbury Dowd LLP**

1550 Deer Park Avenue, Suite 3B
Deer Park, New York 11729
ph: 631-488-0840 fax 631-482-8889
gingherr@gskd.com

February 3, 2015

Robert E. Wechsler, Esq.
WECHSLER & WECHSLER, P.C.
One Barstow Road
Great Neck, NY 11021

Dear Bob:

Enclosed is check No. 131 for $500 for the January 29, 2015 hearing, which has been sent to you by U.S.P.S. Express Mail.

Please acknowledge receipt by email.

Best regards,

Rob

Robert Gingher, Esq.
Gingher Salerno Kingsbury Dowd LLP
1550 Deer Park Avenue, Suite 3
Deer Park, New York 11729
ph: 631-488-0840 fax 631-482-8889
gingherr@gskd.com

cc: Judge Cogan, E.D.N.Y. (by ECF)

**Gingher Salerno Kingsbury Dowd LLP**
1550 Deer Park Ave Ste 3B
Deer Park, NY 11729

131

2/3 20 15

1-2/210

**CHECKSAFE**

PAY TO THE ORDER OF __Wechsler & Wechsler__ | $ 500.00

__Five Hundred__ — xx/100 DOLLARS

**JPMorgan Chase Bank, N.A.**
35 Woods Rd.
North Babylon, New York 11703
www.Chase.com

FOR __1/29 Hearing__

⑆021000021⑆  0131

MONARCH

```
========================================
          N BABYLON BRANCH
       NORTH BABYLON, New York
              117033111
           3548330703-0096
02/03/2015 (800)275-8777 12:30:02 PM
========================================
============ Sales Receipt =============
Product         Sale  Unit      Final
Description     Qty   Price     Price

~~ GREAT NECK NY 11021-3540     $19.99
 Zone-1
 Priority Mail Express 1-Day
 Flat Rate Env
 1.80 oz.
 USPS Tracking #:
 EG180947323US
 Scheduled Delivery Day: Wed
 02/04/15 12:00PM - Money Back
 Guarantee
 Includes $100 insurance

 Signature Waived
                              ========
Issue Postage:                 $19.99

                              ==========
Total:                         $19.99

Paid by:
VISA                           $19.99
  Account #:    XXXXXXXXXXXX0462
  Approval #:   00039C
  Transaction #: 536
  23903190379
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
```

